# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-1210

_____

| | |
|---|---|
| Kenneth Hunt, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Southwestern Bell Telephone | * Eastern District of Arkansas. |
| Company; Communications Workers | * |
| of America, Local 6505, | * [UNPUBLISHED] |
| | * |
| Appellees. | * |

_____

Submitted: November 6, 1998
Filed: December 4, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Kenneth Hunt appeals from the judgment entered by the district court[1] in favor of defendants after a bench trial on his discrimination claims brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2000e-17, and 42 U.S.C. § 1981. After a careful review of the record and the parties' submissions on appeal, we conclude the district court was correct and an extended discussion is unnecessary.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.  We also deny Hunt's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.